# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANNY LOUIS ELDRIDGE,** : | |
| Petitioner, : | |
| vs. : | **Civil Action No. 24-00270-KD-B** |
| **JUDGE ROBERT ARMSTRONG III,** : *et al.*, | |
| : | |
| Respondents. | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made (docs. 10, 11), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l) and dated October 8, 2024 (doc. 4), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** because Eldridge has not exhausted all available state remedies, and pursuant to the Younger abstention doctrine.

**DONE and ORDERED** this 6th day of January 2024.

 s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE