IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANNY LOUIS ELDRIDGE,** | : | |
| Petitioner, | : | |
| vs. | : | Civil Action No. 24-00270-KD-B |
| **JUDGE ROBERT ARMSTRONG III,** *et al.*, | : | |
| | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Danny Louis Eldridge's habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED WITHOUT PREJUDICE** because Eldridge has not exhausted all available state remedies, and pursuant to the Younger abstention doctrine.

Eldridge is not entitled to a certificate of appealability and is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 6th day of January, 2025.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE